OPINION — AG — QUESTION: "MAY THE STATE BOARD OF PUBLIC AFFAIRS APPROVE SUPPLEMENTAL PURCHASES OF FOOD FOR THE WARDENS AT THE OKLAHOMA STATE PENITENTIARY, MCALESTER, OKLAHOMA AND OKLAHOMA STATE REFORMATORY, GRANITE, OKLAHOMA, SAID FOOD TO BE PAID FROM THE REVOLVING FUNDS OF EACH INSTITUTION?" — NEGATIVE CITE: OPINION NO. 63-286, 57 O.S. 1961 131 [57-131](A), 57 O.S. 1961 167.5 [57-167.5], 57 O.S. 1961 135.3 [57-135.3], 57 O.S. 1961 135.1 [57-135.1] (W. J. MONROE)